**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000559
20-OCT-2021
07:48 AM
Dkt. 112 OAWST**

NO. CAAP-18-0000559

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHELLEY S. GRANGER,
Claimant-Appellant-Appellee,
v.
MAX MARA RETAIL, LTD.,
Employer-Appellee-Appellant,
and
FIREMAN'S FUND INSURANCE COMPANY,
Insurance Carrier-Appellee-Appellant
and
SPECIAL COMPENSATION FUND,
Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO.  AB 2014-166; DCD No. 2-08-05722)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed October 12, 2021 by Employer-Appellee-Appellant Max Mara Retail, Ltd. and Insurance Carrier-Appellee-Appellant Fireman's Fund Insurance Company, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the appeal because they

have agreed to a "Stipulated Compromise and Release Agreement; Order; Waiver of Right to be Heard" which has been approved by the Labor and Industrial Relations Appeals Board; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal is dismissed.

Dated:  Honolulu, Hawaiʻi, October 20, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge